UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY DAVIS

        Petitioner,

                             CASE NO. 09-10560
v.                                  HONORABLE DENISE PAGE HOOD

LLOYD RAPELJE,

        Respondent.
                                  /

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated September 28, 2010, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 28th day of September, 2010.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

                                                         BY: s/ Wm. F. LEWIS
APPROVED:                                        Deputy Clerk


s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


      I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2010, by electronic and/or ordinary mail.

                                                  S/William F. Lewis
                                                  Case Manager